**Order entered July 29, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01611-CR

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 005-87752-09**

## ORDER

The clerk's and reporter's records have been filed in this appeal. Appellant's brief was due by July 11, 2014, but appellant has not yet filed his brief. The Court previously adopted findings that appellant is not indigent and determined to represent himself in this appeal.

Accordingly, we **ORDER** appellant to file his brief by **SEPTEMBER 2, 2014**. If appellant's brief is not filed by the date specified, the Court will, without further notice, submit the appeal without briefs. *See Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Jay Sandon Cooper and the Collin County District Attorney's Office.

/s/     DAVID EVANS
        JUSTICE